OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
2/18/2015  PRIVATE USE



$ 00.26⁵
02 1M
0004279596    FEB 19 2015
MAILED FROM ZIP CODE

FEIST, HERBERT HERMAN    Tr. Ct. No. 39295-O    WR-12,375-23

This Court has previously entered an order citing you for abuse of the writ of habeas corpus.  The application for writ of habeas corpus filed by you in the Criminal District Court, received by this Court on Tuesday, February 03, 2015, does not satisfy the requirements for consideration set out in the order described above. Therefore, the Court will take no action on this writ.

Abel Acosta, Clerk

HERBERT HERMAN FEIST                    UTF
JEFFERSON COUNTY CORRECTIONAL FACILITY
TDC #
P. O. BOX 26007
BEAUMONT, TX 77720